# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00020-CV

**The HON Company, a subsidiary of HON Industries Inc., Appellant**

**v.**

**Mayfield Paper Company, Appellee**

## FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT NO. A-04-0117-C, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal advising that they have entered into a settlement agreement. The appeal is dismissed and costs are assessed against the party incurring them.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Joint Motion

Filed: May 12, 2005